UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Carl Klein, et al.
                             Plaintiff,

v.                                        Case No.: 1:17−cv−06194
                                                Honorable Joan H. Lefkow

Credit Corp Solutions, Inc.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2018:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. Fact discovery extended to 9/26/2018. No further extensions will be allowed. Motion for protective order [32] is termed as moot. Motion to compel 30(b)(6) [34] and motion for sanctions [37] are continued to 10/3/2018 at 9:30 a.m. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.